UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

JARQUESE BROWN,

                    Plaintiff,                  Case No. 2:20-cv-167

v.                                    Honorable Paul L. Maloney

PEGGY ERICKSON,

                    Defendant.
_____/

## JUDGMENT

      In accordance with the order issued this date:

      **IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.


Dated:   November 13, 2020           /s/ Paul L. Maloney      
                                                   Paul L. Maloney
                                                     United States District Judge